UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABDULSALAM MOHAMED SALEH, *et al.*, <br><br> Plaintiff, <br><br> v. <br><br> HILARY CLINTON, Secretary of State, *et al.*, <br><br> Defendants. | No. 2:12-cv-00197 <br><br> ORDER GRANTING MOTION TO DISMISS |

Pursuant to the terms of the motion to dismiss, the request to dismiss this action with prejudice is GRANTED.

DATED: June 19, 2012

Marsha J. Pechman
United States District Judge